UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RONNIE VAN ZANT, INC., GARY R. ROSSINGTON, JOHNNY VAN ZANT, BARBARA HOUSTON, as the Trustee of the ALLEN COLLINS TRUST, and ALICIA RAPP and CORINNA GAINES BIEMILLER, as the Personal Representatives of the Estate of STEVEN GAINES,

       Plaintiffs,

  - against -

ARTIMUS PYLE (a/k/a THOMAS D. PYLE), CLEOPATRA RECORDS, INC., CLEOPATRA FILMS, a division of CLEOPATRA RECORDS, INC., JOHN DOE, JANE DOE, XYZ CORPORATION, and XYZ LLC (the names of the last four defendants being fictitious and unknown to plaintiffs, and intended to designate persons or entities that have or may have a role in the production and distribution of the Motion Picture complained of in the Complaint herein),

       Defendants.
------------------------------------------------------------------ x

17 Civ. 3360 (RWS)

**ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

This matter having come before the Court on May __, 2017 on Plaintiffs' Order to Show Cause for Temporary Restraining Order and Preliminary Injunction (the "Motion"); and Otterbourg P.C. appearing for the Plaintiffs; and Mandel Bhandari LLP appearing for Defendants Cleopatra Records, Inc. and Cleopatra Films (together, "Cleopatra"); and Defendant Artimus Pyle (a/k/a Thomas D. Pyle) not having appeared or opposed the Motion; and upon the papers submitted in support of and in opposition to the Motion; and upon the record of the proceedings at the hearing; it is hereby

ORDERED, for the reasons set forth on the record, that the Motion be and hereby is DENIED without prejudice to renew; and it is further

ORDERED, that the parties shall engage in discovery on an expedited basis, to be completed by June 23, 2017, with requests for discovery and inspection to be answered, and

4790752.1

documents and other materials to be provided, within seven days of electronic, overnight, or personal service; and it is further

ORDERED, that Plaintiffs' trial memorandum shall be served on June 23, 2017, Defendants' trial memorandum and any answer, motion to dismiss, motion for summary judgment, motion to modify the Consent Decree, and any other motion shall be served on June 30, 2017, Plaintiffs' opposition to any motion shall be served on July 6, 2017, and any reply shall be served on July 8, 2017.

ORDERED, that trial on the Complaint filed in this action shall be held on July 11, 2017 and July 12, 2017 or such other days as the Court may schedule (the "Trial"); and it is further

ORDERED, that pending the Trial and determination of the Trial, each Defendant shall provide Plaintiffs' counsel three-weeks written notice before it (1) shows all or any part of the prospective motion picture tentatively entitled "Street Survivors: The True Story of the Lynyrd Skynyrd Plane Crash" (the "Motion Picture") to any third-party that is not participating in the production of the Motion Picture, or (2) enters into a contract to sell or distribute the Motion Picture; however, nothing in this Order requires notice before Defendants film, edit, modify, or add effects to the Motion Picture.

Dated: New York, New York
       June 14, 2017

Agreed to as to form only:

OTTERBOURG P.C.

By: _____
    Richard G. Haddad
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100
Fax: (212) 682-6104
rhaddad@otterbourg.com

*Attorneys for Plaintiffs*

MANDEL BHANDARI LLP

By: _____
      Evan Mandel
80 Pine Street
New York, NY 10005
T: (212) 269-5600
F: (646) 964-6667
em@mandelbhandari.com

*Attorneys for Defendants Cleopatra Records, Inc. and Cleopatra Films*

_____
Honorable Robert W. Sweet
United States District Judge
6-12-17