

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Richard G. Haddad
Member of the Firm
rhaddad@otterbourg.com
212 905 3622

June 23, 2017

**BY ECF**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18C
New York, New York 10007

      Re:    <u>Ronnie Van Zant, Inc. et al. v. Artimus Pyle (a/k/a Thomas D. Pyle) et al. (17 Civ. 3360 (RWS))</u>

Dear Judge Sweet:

      We are counsel to Plaintiffs in the above-referenced action. We write to advise Your Honor that, in accordance with the proceedings at the June 21, 2017 hearing, the parties have agreed that Jared Cohn, the director of the motion picture in issue, will appear for deposition for three hours on the morning of Monday, June 26, 2017. Accordingly, the parties have agreed on the following changes to the briefing schedule set forth in the Order on Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order [Dkt. No. 11]:

    i.    the deadline for Plaintiffs to file their trial memorandum shall be extended from June 23, 2017 to June 26, 2017;

    ii.    the deadline for Defendants to file their trial memorandum and any answer, motion to dismiss, motion for summary judgment, motion to modify the Consent Decree, and any other motion shall be extended from June 30, 2017 to July 1, 2017;

    iii.    the deadline for Plaintiffs' opposition to any motion shall be July 5, 2017; and

    iv.    the deadline for any reply shall remain July 8, 2017.

      If the foregoing schedule is acceptable, the parties respectfully request that Your Honor so order the schedule. No previous request for an adjournment or extension of these dates has been made.

4805986.1



June 23, 2017
Honorable Robert W. Sweet
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

Richard G. Haddad

cc: Evan Mandel, Esq.

So Ordered:

_____
Honorable Robert W. Sweet
United States District Judge

4805986.1