

# MANDEL BHANDARI LLP

80 Pine Street | 33rd Floor | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

July 24, 2017

**BY HAND**

Hon. Robert W. Sweet
United States District Judge, S.D.N.Y.
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

    **Re:** *Ronnie Van Zant, Inc., et al. v. Artimus Pyle, et al.*, No. 17-cv-3360 (RWS)

Dear Judge Sweet:

    We represent Defendant Cleopatra Records, Inc. ("Cleopatra") in the above-captioned matter. In compliance with the Court's instructions at the conclusion of trial we enclose Courtesy Copies of the Following Documents:

- Cleopatra's Proposed Findings of Fact and Conclusions of Law.
- Designations of the Deposition Testimony of Jared Cohn.
- Designations of the Deposition Testimony of Artimus Pyle.
- Counter-Designations of the Deposition Testimony of Brian Perera.
- Counter-Designations of the Deposition Testimony of Evan Cohen.

For clarity, the designated portions of the testimony are as follows:

| Deposition | Testimony |
| --- | --- |
| Deposition of Evan Cohen<br>Dated June 8, 2017 | 47:7-49:13<br>49:23-50:16<br>50:22-24 |

| Deposition | Testimony |
|---|---|
| Deposition of Jared Cohn<br>Dated July 26, 2017 | 8:22-9:20<br>13:25-14:3<br>17:2-25<br>20:2-18<br>27:19-29:14<br>31:16-21<br>32:2-15<br>37:4-38:19<br>39:24-41:19<br>42:24-44:23<br>45:22-51:10<br>58:9-60:4<br>60:18-61:16<br>74:4-75:6<br>75:25-78:10<br>80:24-81:8<br>91:23-94:8<br>95:12-97:2<br>98:20-99:25<br>104:5-13<br>122:4-123:25<br>131:15-133:22<br>134:18-137:5<br>140:10-141:18<br>145:24-146:13<br>148:14-18 |
| Deposition of Brian Perera<br>Dated June 9, 2017 | 25:18-26:2<br>26:14-27:14<br>31:17-32:14<br>32:19-22<br>52:18-53:13<br>155:18-156:19 |

| **Deposition** | **Testimony** |
|---|---|
| Deposition of Artimus Pyle<br>Dated June 20, 2017 | 11:4-11<br>17:9-18:7<br>21:5-24:4-19<br>30:1-9<br>30:24-31:19<br>36:5-37:16<br>38:10-41:4<br>44:12-46:7<br>53:13-55:25<br>60:16-61:12<br>62:14-66:21<br>71:18-74:15<br>83:1-20<br>85:25-86:10<br>88:5-21<br>104:18-105:16<br>116:7-19 |

Respectfully submitted,

/s/ Evan Mandel
Evan Mandel

cc: Richard Haddad (Counsel for Plaintiffs)
(via ECF)