USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

RONNIE VAN ZANT, INC., et al.,

        Plaintiffs,

  - against -

ARTIMUS PYLE, et al.,

        Defendants.

------------------------------------X

17 Civ. 3360 (RWS)

ORDER

**Sweet, D.J.**

    Plaintiffs are to submit a proposed final judgment, including attorneys' fees and costs, in accordance with the Court's Opinion and Order dated August 23, 2017, no later than September 4, 2017. Defendants shall have until September 8, 2017, to file any counter-judgment.

    It is so ordered.

**New York, NY**
**August 30, 2017**

_____
ROBERT W. SWEET
U.S.D.J.