UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

RONNIE VAN ZANT, INC., et al.,

             Plaintiffs,

  - against -

ARTIMUS PYLE, et al.,

             Defendants.

------------------------------------------X

17 Civ. 3360 (RWS)

JUDGMENT AND
PERMANENT INJUNCTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/17

**Sweet, D.J.**

    Based on the foregoing findings of fact, conclusions of law, and all other matters in the record, it is hereby so ORDERED, ADJUDGED, AND DECREED that:

1.   Plaintiffs shall have judgment in their favor as set forth herein.

2.   On the Complaint's First Cause of Action:

    a.   Defendants Cleopatra Records, Inc., and Cleopatra Films, a division of Cleopatra Records, Inc., jointly and severally, and all corporations and entities owned or controlled by them, and all affiliates, agents, attorneys, employees, officers, directors, successors, assigns, and all others in concert or participation with either of them, are permanently enjoined from:

    i.        distributing, displaying, selling, releasing, leasing, licensing, utilizing, and/or otherwise exploiting the motion picture currently known as "Street Survivor: The Story of the Lynyrd Skynyrd Plane Crash" (by that or any other name, the "Motion Picture"), and any portion, version, or constituent element thereof, including, without limitation, any audio or visual material, and any outtakes or other filmed, photographed or recorded product made in connection with the production of the Motion Picture, in any manner or medium, including, without limitation, in theatrical feature or television motion pictures or streaming services, anywhere in the world;

    ii.       distributing, displaying, selling, releasing, leasing, licensing, utilizing, and/or otherwise exploiting any other motion picture or other product (and any portion, version, or constituent element thereof, and any other product made in connection with the production of such product) created in concert or participation with Defendant Pyle that makes use of the name "Lynyrd Skynyrd" or the name, likeness, portrait, picture, performances or biographical material of Ronald Van Zant or of

                Steven Gaines in any manner or medium, including, without limitation, in theatrical feature or television motion pictures or streaming services, anywhere in the world; and

    iii.    engaging in any other act in violation of the terms of the Consent Order.

    b.    The relief requested as to Defendant Pyle is dismissed as moot.

3.    On the Complaint's Second Cause of Action, Plaintiffs shall have judgment against Defendants, jointly and severally, for attorneys' fees and costs in the amount of $632,110.91, which amount may be supplemented upon application by Plaintiffs itemizing fees and costs that have been incurred after July 31, 2017 but have not yet been billed.

**New York, NY**
**September /3, 2017**

                                                    ROBERT W. SWEET
                                                        U.S.D.J.