**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RONNIE VAN ZANT, INC., GARY R. ROSSINGTON, JOHNNY VAN ZANT, BARBARA HOUSTON, as the Trustee of the ALLEN COLLINS TRUST, and ALICIA RAPP and CORINNA GAINES BIEMILLER, as the Personal Representatives of the Estate of STEVEN GAINES,

        Plaintiffs,

  -against-

ARTIMUS PYLE (a/k/a THOMAS D. PYLE), CLEOPATRA RECORDS, INC., JOHN DOE, JANE DOE, XYZ CORPORATION, and XYZ LLC (the names of the last four defendants being fictitious and unknown to plaintiffs, and intended to designate persons or entities that have or may have a role in the production and distribution of the Motion Picture complained of in the Complaint herein),

        Defendants.



Case No: 17-cv-3360

**[PROPOSED] JUDGMENT**



Upon the Mandate of the United States Court of Appeals for the Second Circuit issued on November 2, 2018 [Dkt. No. 78], and all prior proceedings in this action, it is hereby

**ORDERED, ADJUDGED AND DECREED,** that:

Defendants shall have judgment in their favor, and the Court's September 13, 2017 judgment and permanent injunction are hereby vacated, with costs to be taxed by the Clerk's Office.

Dated: ___1-4___, 2019
      New York, New York

_____
Hon. Robert W. Sweet, U.S.D.J.